UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARLAND HENDERSON,<br><br>                              Plaintiff,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>                              Defendants. | Case No. 2:15-cv-01500-APG-NJK<br><br>ORDER |

This matter is before the court on the parties' failure to file a stipulation to dismiss.

This matter came before the undersigned on January 14, 2016, for an Early Neutral Evaluation. The parties settled, and a status conference was scheduled for February 12, 2016. On February 12, 2016, Plaintiff's counsel advised that his client wanted to discuss this case with another attorney, and requested two additional weeks, or until February 26, 2016, to try to complete settlement before counsel for Defendants filed a motion to enforce.

To date, the parties have neither filed a stipulation to dismiss or a motion to enforce settlement. As such,

**IT IS ORDERED** that this case is returned to the normal litigation track.

DATED this 1st day of March, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1