1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

9
10

GARLAND HENDERSON,                    )
11                                                       )          Case No. 2:15-cv-01500-APG-NJK
                              Plaintiff(s),               )
12                                                       )          **ORDER**
vs.                                                    )
13                                                       )
CLARK COUNTY SCHOOL DISTRICT, et al.,   )          (Docket No. 37)
14                                                       )
                              Defendant(s).            )
15  _____ )

16          Pending before the Court is a motion to stay case deadlines filed by Defendants.  Docket No. 37.

17  The motion indicates that Plaintiff's current counsel of record does not oppose the motion.  *See id.* at 4.

18  For good cause shown, the motion is **GRANTED** and the deadlines in this case are **VACATED** until

19  further order.

20          IT IS SO ORDERED.

21          Dated: March 3, 2016

22                                                   _____
                                                     NANCY J. KOPPE
23                                                   UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28