# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARLAND HENDERSON, | Case No. 2:15-cv-01500-APG-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | (Docket No. 36) |
| Defendant(s). | |

Pending before the Court is a motion to enforce a settlement agreement, Docket No. 36, which is hereby **DENIED** without prejudice. That motion relates to a settlement Defendants assert was reached following an early neutral evaluation presided over by United States Magistrate Judge Peggy A. Leen. The motion repeatedly refers to Judge Leen as "Magistrate Leen." Judge Leen is not a "magistrate" and, indeed, there have been no "magistrates" in the federal system for more than a quarter century. *See, e.g.*, *Taddeo v. American Invsco Corp.*, 2015 WL 751072, *2 n.2 (D. Nev. Feb. 20, 2015) (discussing *Williams v. City of Mesa*, 2010 WL 2803880, *2 n.1 (D. Ariz. July 15, 2010)).

Defendants may renew their motion to enforce the settlement agreement no later than March 4, 2016. Any renewed motion must refer to Judge Leen in a proper manner.

IT IS SO ORDERED.

Dated: March 3, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE