**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARLAND HENDERSON, ) | |
| ) | Case No. 2:15-cv-01500-APG-NJK |
| Plaintiff(s), ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| CLARK COUNTY SCHOOL DISTRICT, et al., ) | |
| ) | |
| Defendant(s). ) | |

    Pending before the Court is a motion to withdraw as Plaintiff's counsel. Docket No. 32. Any response to that motion was due no later than March 8, 2016. Docket No. 33. Defendants filed a notice of non-opposition. Docket No. 35. Plaintiff has not filed a response. For good cause shown, the motion to withdraw (Docket No. 32) is hereby **GRANTED** and the Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's last known address (*see* Docket No. 32 at 3).

    In light of the above, the Court also **EXTENDS** Plaintiff's deadline to respond to the pending motion to enforce settlement (Docket No. 41). Plaintiff, either *pro se* or through newly retained counsel, must respond to the motion to enforce settlement no later than April 4, 2016.

    IT IS SO ORDERED.

    Dated: March 11, 2016

                                                                 NANCY J. KOPPE
                                                                  UNITED STATES MAGISTRATE JUDGE